ORIGINAL

DANIEL R. ANDERSON
ELIZABETH YOUNG
Attorneys
    United States Department of Justice
    601 D Street NW, Room 9237
    Washington, DC 20004
    Telephone: (202)532-4311
    E-mail:    elizabeth.young@usdoj.gov

Counsel for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
MAY 2 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

lodged prop ord

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., [UNDER SEAL],<br><br>　　Plaintiff[s],<br><br>　　v.<br><br>[UNDER SEAL],<br><br>　　Defendant[s]. | No. CV-12-00960 RSWL (SHx)<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER RE UNITED STATES' ELECTION TO DECLINE INTERVENTION AND UNSEALING OF COMPLAINT] |

```
 1 | DANIEL R. ANDERSON
   | ELIZABETH YOUNG
 2 | Attorneys
   |     United States Department of Justice
 3 |     601 D Street NW, Room 9237
   |     Washington, DC 20004
 4 |     Telephone: (202)532-4311
   |     E-mail:    elizabeth.young@usdoj.gov
 5 |
   | Counsel for the United States of America
 6 |
 7 |                UNITED STATES DISTRICT COURT
 8 |                CENTRAL DISTRICT OF CALIFORNIA
 9 |                      WESTERN DIVISION
10 | UNITED STATES OF AMERICA, ex    ) No. CV-12-00960 RSWL (SHx)
   | rel., [UNDER SEAL],             )
11 |                                 ) UNITED STATES' NOTICE OF
   |      Plaintiff[s],              ) ELECTION TO DECLINE
12 |                                 ) INTERVENTION
   |      v.                         )
13 |                                 ) [FILED UNDER SEAL PURSUANT TO
   | [UNDER SEAL],                   ) THE FALSE CLAIMS ACT, 31 U.S.C.
14 |                                 ) §§ 3730(b)(2) AND (3)]
   |      Defendant[s].              )
15 |                                 ) [LODGED CONCURRENTLY UNDER
   |                                 ) SEAL: [PROPOSED] ORDER RE
16 |                                 ) UNITED STATES' ELECTION TO
   |                                 ) DECLINE INTERVENTION AND
17 |                                 ) UNSEALING OF COMPLAINT]
```

FILED
CLERK, U.S. DISTRICT COURT
MAY 22 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

```
 1  DANIEL R. ANDERSON
    ELIZABETH YOUNG
 2  Attorneys
         United States Department of Justice
 3       601 D Street NW, Room 9237
         Washington, DC 20004
 4       Telephone: (202)532-4311
         E-mail:    elizabeth.young@usdoj.gov
 5
         Counsel for the United States of America
 6

 7

 8
                      UNITED STATES DISTRICT COURT
 9
                     CENTRAL DISTRICT OF CALIFORNIA
10
                            WESTERN DIVISION
11
    UNITED STATES OF AMERICA, ex     ) No. CV-12-00960 RSWL (SHx)
12  rel. JULIE A. MACIAS,            )
                                     ) UNITED STATES' NOTICE OF
13       Plaintiff,                  ) ELECTION TO DECLINE
                                     ) INTERVENTION
14       v.                          )
                                     ) [FILED UNDER SEAL PURSUANT TO
15  PACIFIC HEALTH CORPORATION, a    ) THE FALSE CLAIMS ACT, 31 U.S.C.
    Georgia corporation; and LOS     ) §§ 3730(b)(2) AND (3)]
16  ANGELES DOCTORS HOSPITAL         )
    CORPORATION, a California        ) [LODGED CONCURRENTLY UNDER
17  corporation; and SGG, INC., a    ) SEAL: [PROPOSED] ORDER RE
    California corporation,          ) UNITED STATES' ELECTION TO
18                                   ) DECLINE INTERVENTION AND
         Defendants.                 ) UNSEALING OF COMPLAINT]
19                                   )
                                     )
20  _____     )
```

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("the Government"), by the undersigned counsel, hereby notifies the Court that the Government elects to decline to intervene and take over this action at this time.

Although it declines to intervene, the Government is entitled to receive notice of any proposed settlement or dismissal of the action because it has the right to a hearing on any objection it may have to such a settlement or dismissal. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994). Accordingly, the Government hereby requests that, should either the relator or the defendants propose to dismiss, settle, or otherwise discontinue this action, the Court provide the Government with notice and an opportunity to be heard before the Court rules or grants its approval.

In addition, pursuant to 31 U.S.C. § 3730(c)(3), the Government hereby requests that the parties serve the Government, through its undersigned counsel, with copies of all pleadings and papers filed in the action. The Government also requests that it be served with copies of all orders filed in the action, and all papers lodged in the action. The Government notes that 31 U.S.C. § 3730(c)(3) permits the Government to be supplied with copies of all deposition transcripts at the Government's expense, but the Government currently declines to request that it be served with deposition transcripts.

Finally, the Government requests that, of the pleadings and

2

1  papers filed or lodged with the Court to date, only the following
2  documents be unsealed and served upon the defendants: the
3  Complaint, this Notice, and the Court's Order Re United States'
4  Election to Decline Intervention and Unsealing of Complaint.  All
5  other documents currently contained in the Court's file should
6  remain under seal and not be served on the defendants or
7  otherwise made public.
8  //
9  //
10 //
11 //
12 //
13 //
14 //

1    Respectfully presented to the Court with this Notice is a proposed Order that implements these requests.

DATED: May 20, 2013

Respectfully submitted,

/s/ Elizabeth Young
DANIEL R. ANDERSON
ELIZABETH YOUNG
Attorneys
Civil Division
United States Department of Justice
Commercial Litigation Branch
501 D Street NW, Room 9732
Washington, D.C. 20004
Tel. No. (202) 532-4311

*Counsel for the United States of America*