**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA ex rel. JULIE A. MACIAS, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC HEALTH CORPORATION, a Georgia corporation; LOS ANGELES DOCTORS HOSPITAL CORPORATION, a California corporation; PROCARE MOBILE RESPONSE, LLC, a California corporation; KAREN TRIGGIANI, an individual; ROBERT BARRETT, an individual; KEIVAN GOLCHINI, an individual; FARHAD KHOUSSOUSSI, M.D., an individual; ALAN MARKIE, M.D., an individual; and LITOS MALARE, M.D., an individual, <br><br> Defendants. | CV 12-00960 RSWL (JPRx) <br><br> **ORDER TO SHOW CAUSE** |

On March 21, 2016, this Court granted Nelson Hardiman LLP's Motion to Withdraw as Counsel of Record for Defendants Pacific Health Corporation and Los Angeles Doctors Hospital Corporation. <u>See generally</u> Order dated March 21, 2016 ("March 21 Order"), ECF No. 187. In this Court's March 21 Order, the Court required Nelson Hardiman LLP to file proof of service, within

1

seven days, indicating service of the March 21 Order on Defendants Pacific Health Corporation and Los Angeles Doctors Hospital Corporation ("Defendants") at their current or last known addresses. Id. at 6:9-17. The Court further required that Defendants secure counsel and file proper notice(s) of their appearance within thirty days of the Court's March 21 Order. Id.

On April 1, 2016, Nelson Hardiman LLP filed the requisite proof of service [190], indicating that this Court's March 21 Order had been served on Defendants at their respective last known addresses. However, as of the date of this Order to Show Cause, April 26, 2016, Defendants have not yet filed the requisite notice(s) of appearance showing they have secured counsel, as per this Court's March 21 Order. The thirty days provided by this Court to do so have since elapsed.

Accordingly, this Court **ORDERS** Defendants Pacific Health Corporation and Los Angeles Doctors Hospital Corporation, within seven days of this order, to show cause as to why they failed to comply with this Court's March 21 Order. If Defendants fail to do so within the allotted time, the Court may impose sanctions, which may include striking Defendants' Answer to Plaintiff's Complaint and placing Defendants in default.

**IT IS HEREBY ORDERED.**

DATED: April 26, 2016        s/ RONALD S.W. LEW
                             **Honorable Ronald S.W. Lew**
                             Senior U.S. District Judge