1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, JULIE A. MACIAS,<br><br>          Plaintiff,<br><br>  v.<br><br>PACIFIC HEALTH CORPORATION, et al.<br><br>          Defendants. | CV 12-00960-RSWL-JC<br><br>**AMENDED JUDGMENT AGAINST DEFENDANTS PACIFIC HEALTH CORPORATION AND LOS ANGELES DOCTORS HOSPITAL CORPORATION** |

**WHEREAS,** on May 9, 2016, the Court Clerk entered default against Defendants Pacific Health Corporation and Los Angeles Doctors Hospital Corporation ("Defendants") [215], pursuant to Federal Rule of Civil Procedure 55(a);

**WHEREAS,** on October 7, 2016, this Court **GRANTED** Relator Julie A. Macias' ("Relator") Motion for Partial Default Judgment against Defendants as to her

1

retaliation claims [262];

**WHEREAS,** on June 5, 2019, this Court **GRANTED** Relator's Motion for Default Judgment against Defendants as to her FCA and CFCA claims [521];

**WHEREAS**, on August 1, 2019, this Court **GRANTED** Relator's Motion for Attorneys' Fees;

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Relator on behalf of the United States of America (the "Government") and the State of California as follows:

1. Defendants Pacific Health Corporation and Los Angeles Doctors Hospital Corporation shall be jointly and severally liable for all claims for relief in this Action;

2. Relator is awarded damages in the amount of $1,042,673.63 for her retaliation claims;

3. The Government and the State of California are awarded damages in the amount of $111,315,425 in Medicare damages for Relator's FCA claims and $75,960,032 in Medi-Cal damages for her CFCA claims, trebled to $333,946,274 and $227,880,096, respectively;

4. The Government and the State of California are awarded post-judgment interest, calculated in the manner set forth in 28 U.S.C. § 1961(a);

5. Pursuant to the Court's Default Judgment Order, Relator is awarded a share of 25% of the damages and civil penalties awarded to the Government and

the State of California;

6. Relator is awarded attorneys' fees in the amount of $11,260,981;

As all other Defendants have been dismissed, no Defendants remain and the Court Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: August 1, 2019          /s/RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge